UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY | § § § | CIVIL ACTION |
| Versus | § § | NO: 22-cv-1450 |
| MICHELIN NORTH AMERICA, INC. | § § § § § | JUDGE:<br><br>MAG. JUDGE: |

_____

## NOTICE OF REMOVAL

Defendant, Michelin North America, Inc. ("MNA"), reserving and without waiving all rights and defenses, including those under Rule 12 of the Federal Rules of Civil Procedure, gives notice of the removal of this action from the 22nd Judicial District Court for St. Tammany Parish, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. In support of this Notice, Defendant states as follows:

### History of the Action

1.

Plaintiff, Progressive Northern Insurance Company ("Progressive"), filed its Petition for Damages against MNA in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, on or about March 10, 2022. The title of that action being *Progressive Northern Insurance Company versus Michelin North America, Inc.*, bearing case number 2022-10970, Section "I" on the docket of that court.

2.

In its Petition, Plaintiff alleged that MNA sold a "defective" tire to its insured, Drew Snider for use on his 2011 Entegra Cornerstone Motor Home, bearing Vehicle

Identification Number 4VZAU1C93BC073260.

3.

Plaintiff further alleges that, on or about March 27, 2021, while the motor home was travelling eastbound on Interstate 12 in St. Tammany Parish, the right front tire deflated, and the deflation allegedly caused the motor home to run off the road.

4.

Plaintiff claims that the motor home was a total loss, and that it has paid to or on behalf of its insured the sum of TWO HUNDRED SEVENTY-ONE THOUSAND EIGHT HUNDRED TWENTY-FOUR AND 72/100 DOLLARS ($271,824.72).

5.

Plaintiff prays for relief in the form of all damages proven at trial, together with legal interest from the date of judicial demand, and for all attorneys' fees and costs.

## Grounds for Removal

6.

Plaintiff's action is removable on the basis of complete federal diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441 *et seq.*

## Diversity

7.

On information and belief, Progressive is incorporated under the laws of the State of Wisconsin, with its principal place of business in the State of Ohio. MNA is a New York Corporation with its principal place of business in the State of South Carolina.

**Amount in Controversy**

8.

The removal of this case is proper and authorized by the provisions of 28 U.S.C. § 1441 et seq., because the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

**Timeliness**

9.

This removal is filed timely because MNA was served on April 28, 2022.

10.

Promptly after the filing of this Notice of Removal, a Notice of Removal to State Court Clerk will be filed with the Clerk of the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, and written notice of this filing will be given to Plaintiff as required by 28 U.S.C. § 1446(d).

11.

A copy of the Petition for Damages and other state court filings in possession of MNA is attached as Exhibit 1.

12.

Defendant demands a trial by jury on all issues triable by a jury herein.

**WHEREFORE**, Michelin North America, Inc. hereby removes the suit entitled *Progressive Northern Insurance Company versus Michelin North America, Inc.*, bearing case number 2022-10970, Section "I," 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,
**ADAMS HOEFER HOLWADEL, LLC**

___/s/ D. Russell Holwadel_____
**D. RUSSELL HOLWADEL (#16975)**
**HEATHER E. REZNIK (#29175)**
**RICHARD R. STEDMAN, II (#29435)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Phone: (504) 581-2606
Fax: (504) 525-1488
**Attorneys for Michelin North America, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first-class postage prepaid on this 23rd day of May 2022.

_____/s/ D. Russell Holwadel_____