# HANNAH, COLVIN & PIPES, LLP

ATTORNEYS AT LAW
10626 Timberlake Drive
Baton Rouge, LA 70810
Tel: (225) 766-8240
Fax: (225) 766-5546

W. RANSOM PIPES
BLAINE T. AYDELL
BLAKE A. PINO

MICHAEL P. COLVIN
*Of Counsel*
HANK S. HANNAH
(1951 – 1995)
(OF COUNSEL)

April 25, 2022

*Via Louisiana Long Arm Statute*
Michelin North America, Inc.
One Parkway South
Greenville, SC 29602

*Certified Mail – Return Receipt Requested*
**7021 1970 0001 2776 9193**

Re: *Progressive Northern Insurance Company v. Michelin North America, Inc.*
Docket No: 2022-10970; Div. I
22ND Judicial District Court, Parish of St. Tammany; State of Louisiana
Our File No.:   200.0500

Dear Sir/Madame:

Pursuant to the provisions of LSA-R.S. 13:3201 and 13:3204, you are hereby served with the attached citation and certified copy of the Petition for Damages, filed in the above-referenced matter. Please note that you must file a response to the petition within the applicable time delays, or a default judgment may be taken against you without further notice.

With kind regards, I am

Sincerely yours,

*/s/ Blaine T. Aydell*

Blaine T. Aydell
baydell@hcpllp.com

Encls.



**Progressive Northern Insurance Company**

**VS  202210970 Division I**

**Michelin North America Inc**

**22nd Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

TO THE DEFENDANT: <u>Michelin North America Inc, One Parkway South Greenville South Carolina 29602</u>

VIA LOUISIANA LONG ARM STATUTE

**You are hereby summoned to comply with** the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **THIRTY (30)** days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this   10th day of March, 2022.

Melissa R. Henry, Clerk of Court

BY: _____
Margaret Snyder, Deputy Clerk

A TRUE COPY
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA.
Margaret Snyder, Deputy Clerk

Issued: 04/06/22

**Counsel:**
Blaine T. Aydell
10626 Timberlake Drive
Baton Rouge, La 70810

Received on _____, 2022, and on _____, 2022 I served a true copy of

the within _____,

on _____ in person,

at domicile with _____,

in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff

Parish of _____

101-30 day Long Arm Service Citation
Rev 7/16

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY | DOCKET NO:        DIV: |
| VERSUS | 22ND JUDICIAL DISTRICT COURT |
| | PARISH OF ST. TAMMANY |
| MICHELIN NORTH AMERICA, INC. | STATE OF LOUISIANA |

2022 · 10970 I

FILED
MAR 10 2022
MELISSA R. HENRY, CLERK
Deputy:
s/ Allexx Neyland, Deputy Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Progressive Northern Insurance Company ("Progressive"), a foreign insurer, authorized to do and doing business in the State of Louisiana, which respectfully represents the following:

1.

Made Defendant herein is:

a. **Michelin North America, Inc.** ("**Michelin**"), a foreign corporation, authorized to do and doing business in the State of Louisiana.

2.

At all times pertinent hereto, Gerald Drew Snider was the owner of a 2011 Entegra Cornerstone Motor Home, bearing Vehicle Identification Number 4VZAU1C93BC073260 ("Snider vehicle").

3.

The Snider vehicle was equipped with tires manufactured, assembled, marketed and/or sold by Defendant, **Michelin**.

4.

The Snider vehicle's tires were not abused, misused, altered, and/or modified after they left the control of the manufacturer, Michelin.

5.

On or about March 27, 2021, while the Snider vehicle was traveling eastbound on Interstate 12 in St. Tammany Parish, the front right tire on the vehicle ("subject tire") had a blow out, causing the Snider vehicle to run off the road, strike a highway sign and tree, and come to rest in a ditch on the side of the interstate.

6.

As a result of the subject incident, the Snider vehicle was damaged and declared a total loss.

7.

A preliminary investigation revealed that the subject incident was caused by a defect in the subject tire, causing it to prematurely fail.

8.

The subject incident and subsequent damages arose from a reasonably anticipated use of the Snider vehicle and subject tire.

9.

The cause of the subject incident was the fault of **Michelin**, which consisted of the following acts and/or omissions, which list is inclusive, not exclusive:

A. Manufacturing, assembling, marketing and/or selling a product which was unreasonably dangerous in construction or composition;

B. Manufacturing, assembling, marketing and/or selling a product which is unreasonably dangerous in design;

C. Manufacturing, assembling marketing and/or selling a product which is unreasonably dangerous because an adequate warning about the product was not provided;

D. Failure to adequately warn users of the risks/dangers of the product subsequent to acquiring such knowledge;

E. Breach of an implied warranty of merchantability and/or fitness for a particular purpose;

F. Breach of an express warranty provided with the sale of the Snider tires; and,

G. All other acts of negligence/fault which will be shown at the trial of this matter.

10.

The Snider vehicle and/or its component parts is defective as set forth in detail above, is absolutely useless for its intended purpose, and/or its use is so inconvenient and imperfect that Mr. Snider would not have purchased the vehicle had he known of the defect(s).

11.

The defects in the subject tire existed at the time it left Michelin's control and existed at the time of delivery to Mr. Snider.

12.

Pursuant to Louisiana Civil Code article 2545, Michelin, as the manufacturer of the subject tire, is deemed to know of the defects in the tire.

13.

Despite knowing that the subject tire was defective, Michelin failed to declare the defects to Mr. Snider.

14.

Pursuant to Louisiana Civil Code article 2545, because Michelin knew of the defects in the subject tire and failed to declare those defects to Mr. Snider, it is liable to Plaintiff, as subrogee of Mr.

Snider, for the return of the purchase price, with interest from the time it was paid, all costs associated with the sale, all consequential damages to the vehicle and its contents, and all attorney's fees.

15.

At all times pertinent hereto, Progressive had in full force and effect a policy of insurance covering the Snider vehicle, which provided coverage for the damages sustained as a result of the subject fire.

16.

Pursuant to the terms of its insurance policy and as a result of the subject incident, Progressive has paid to or on behalf of its insured, Drew Snider, the sum of TWO HUNDRED SEVENTY ONE THOUSAND EIGHT HUNDRED TWENTY-FOUR AND 72/100 ($271,824.72) DOLLARS to date.

17.

Progressive is subrogated legally, conventionally, and by the terms of its policy, to the rights and interests of its insured, Drew Snider, against Defendant, **Michelin**, for the full amount which was or will be paid to, for, or on behalf of Drew Snider.

18.

Despite amicable demand, Michelin has failed to reimburse Plaintiff for its damages.

WHEREFORE, Plaintiff, Progressive Northern Insurance Company, prays that, after all due proceedings are had herein, there be judgment in its favor and against Defendant, **Michelin North America, Inc.**, for the sum of all damages proven at trial, together with legal interest from date of judicial demand until paid, and for attorney's fees and all costs of these proceedings.

Plaintiff further prays for all general and equitable relief to which it may be entitled.

Respectfully Submitted By:

**Hannah, Colvin & Pipes, L.L.P.**
10626 Timberlake Drive
Baton Rouge, LA 70810
Telephone: (225) 766-8240
Facsimile: (225) 766-5546
E-mail: wrpipes@hcpllp.com
baydell@hcpllp.com

_Blaine Aydell_
W. Ransom Pipes (Bar No. 17748)
Blaine T. Aydell (Bar No. 34430)

A TRUE COPY
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA.

*Service Information on the Following Page*

Page 3 of 4

Petition for Damages – Progressive | 200.0500 | March 8, 2022

## Please Serve

**Michelin North America, Inc.**
*Via Louisiana Long Arm Statute*
One Parkway South
Greenville, South Carolina 29602



**Progressive Northern Insurance Company**

VS  202210970 Division I

**Michelin North America Inc**

**22nd Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

TO THE DEFENDANT:  Michelin North America Inc, One Parkway South Greenville South Carolina 29602

VIA LOUISIANA LONG ARM STATUTE

**You are hereby summoned to comply with** the demand contained in the petition, of which a true and correct copy (exclusive of exhibits), accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **THIRTY (30)** days after the filing in the record of the affidavit of the individual who either mailed, utilized the services of a commercial carrier or actually delivered the process to the defendant hereof, under penalty default judgment against you.

By order of the Honorable Judges of said Court this   10th day of March, 2022.

Melissa R. Henry, *Clerk of Court*

BY:  _____
Margaret Snyder, Deputy Clerk

Issued: 04/06/22

**Counsel:**
Blaine T. Aydell
10626 Timberlake Drive
Baton Rouge, La 70810

Received on _____, 2022, and on _____, 2022 I served a true copy of the within _____,
on _____ in person,
at domicile with _____,
in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff
Parish of _____

101-30 day Long Arm Service Citation
Rev 7/16

| | | |
|---|---|---|
| PROGRESSIVE NORTHERN<br>INSURANCE COMPANY | DOCKET NO: | 2022-10970<br>DIV: |
| VERSUS | 22ND JUDICIAL DISTRICT COURT | FILED<br>MAR 10 2022 |
| MICHELIN NORTH AMERICA, INC. | PARISH OF ST. TAMMANY<br>STATE OF LOUISIANA | MELISSA R. HENRY, CLERK<br>S/ALLEXX NEYLAND<br>Deputy |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Progressive Northern Insurance Company ("Progressive"), a foreign insurer, authorized to do and doing business in the State of Louisiana, which respectfully represents the following:

1.

Made Defendant herein is:

a. **Michelin North America, Inc.** ("**Michelin**"), a foreign corporation, authorized to do and doing business in the State of Louisiana.

2.

At all times pertinent hereto, Gerald Drew Snider was the owner of a 2011 Entegra Cornerstone Motor Home, bearing Vehicle Identification Number 4VZAU1C93BC073260 ("Snider vehicle").

3.

The Snider vehicle was equipped with tires manufactured, assembled, marketed and/or sold by Defendant, **Michelin**.

4.

The Snider vehicle's tires were not abused, misused, altered, and/or modified after they left the control of the manufacturer, Michelin.

5.

On or about March 27, 2021, while the Snider vehicle was traveling eastbound on Interstate 12 in St. Tammany Parish, the front right tire on the vehicle ("subject tire") had a blow out, causing the Snider vehicle to run off the road, strike a highway sign and tree, and come to rest in a ditch on the side of the interstate.

6.

As a result of the subject incident, the Snider vehicle was damaged and declared a total loss.

7.

A preliminary investigation revealed that the subject incident was caused by a defect in the subject tire, causing it to prematurely fail.

8.

The subject incident and subsequent damages arose from a reasonably anticipated use of the Snider vehicle and subject tire.

9.

The cause of the subject incident was the fault of **Michelin**, which consisted of the following acts and/or omissions, which list is inclusive, not exclusive:

A. Manufacturing, assembling, marketing and/or selling a product which was unreasonably dangerous in construction or composition;

B. Manufacturing, assembling, marketing and/or selling a product which is unreasonably dangerous in design;

C. Manufacturing, assembling marketing and/or selling a product which is unreasonably dangerous because an adequate warning about the product was not provided;

D. Failure to adequately warn users of the risks/dangers of the product subsequent to acquiring such knowledge;

E. Breach of an implied warranty of merchantability and/or fitness for a particular purpose;

F. Breach of an express warranty provided with the sale of the Snider tires; and,

G. All other acts of negligence/fault which will be shown at the trial of this matter.

10.

The Snider vehicle and/or its component parts is defective as set forth in detail above, is absolutely useless for its intended purpose, and/or its use is so inconvenient and imperfect that Mr. Snider would not have purchased the vehicle had he known of the defect(s).

11.

The defects in the subject tire existed at the time it left Michelin's control and existed at the time of delivery to Mr. Snider.

12.

Pursuant to Louisiana Civil Code article 2545, Michelin, as the manufacturer of the subject tire, is deemed to know of the defects in the tire.

13.

Despite knowing that the subject tire was defective, Michelin failed to declare the defects to Mr. Snider.

14.

Pursuant to Louisiana Civil Code article 2545, because Michelin knew of the defects in the subject tire and failed to declare those defects to Mr. Snider, it is liable to Plaintiff, as subrogee of Mr.

Snider, for the return of the purchase price, with interest from the time it was paid, all costs associated with the sale, all consequential damages to the vehicle and its contents, and all attorney's fees.

15.

At all times pertinent hereto, Progressive had in full force and effect a policy of insurance covering the Snider vehicle, which provided coverage for the damages sustained as a result of the subject fire.

16.

Pursuant to the terms of its insurance policy and as a result of the subject incident, Progressive has paid to or on behalf of its insured, Drew Snider, the sum of TWO HUNDRED SEVENTY ONE THOUSAND EIGHT HUNDRED TWENTY-FOUR AND 72/100 ($271,824.72) DOLLARS to date.

17.

Progressive is subrogated legally, conventionally, and by the terms of its policy, to the rights and interests of its insured, Drew Snider, against Defendant, **Michelin**, for the full amount which was or will be paid to, for, or on behalf of Drew Snider.

18.

Despite amicable demand, Michelin has failed to reimburse Plaintiff for its damages.

WHEREFORE, Plaintiff, Progressive Northern Insurance Company, prays that, after all due proceedings are had herein, there be judgment in its favor and against Defendant, **Michelin North America, Inc.**, for the sum of all damages proven at trial, together with legal interest from date of judicial demand until paid, and for attorney's fees and all costs of these proceedings.

Plaintiff further prays for all general and equitable relief to which it may be entitled.

Respectfully Submitted By:

**Hannah, Colvin & Pipes, L.L.P.**
10626 Timberlake Drive
Baton Rouge, LA  70810
Telephone: (225) 766-8240
Facsimile: (225) 766-5546
E-mail: wrpipes@hcpllp.com
baydell@hcpllp.com

_____Blaine Aydell_____
W. Ransom Pipes (Bar No. 17748)
Blaine T. Aydell (Bar No. 34430)

*Service Information on the Following Page*

Page 3 of 4
Petition for Damages – Progressive | 200.0500 | March 8, 2022

<u>**Please Serve**</u>

**Michelin North America, Inc.**
*Via Louisiana Long Arm Statute*
One Parkway South
Greenville, South Carolina 29602

**CERTIFIED MAIL**

7021 1970 0001 2776 9193

Baton Rouge P&DC 708
MON 25 APR 2022 PM

US POSTAGE $008.56
APR 25 2022
MAILED FROM ZIP CODE 70810

HANNAH, COLVIN & PIPES, L.L.P.
ATTORNEYS AT LAW
10626 TIMBERLAKE DRIVE
BATON ROUGE, LOUISIANA 70810

Michelin North America, Inc.
One Parkway South
Greenville, SC 29602